| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRIDGET CASTILLE,                §
                                 §
    Plaintiff,             §
                                 §
*versus*                         §   CIVIL ACTION NO. 1:19-CV-75
                                 §
INVISTA, S.A.R.L.,               §
                                 §
    Defendant.             §

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order, signed November 4, 2020, summary judgment is GRANTED in favor of Defendant INVISTA, S.A.R.L. as to the claims and causes of action brought against it by Plaintiff Bridget Castille. Plaintiff shall take nothing from Defendant.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 5th day of November, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE